UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANLEY MEDEIROS <br>           Plaintiff <br> v. <br><br> DISCOVER FINANCIAL SERVICES, INC. <br>           Defendant | ) CIVIL ACTION NO. 1:09-CV-10751 NMG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) OCTOBER      , 2009 |

## STIPULATION TO WITHDRAW

Plaintiff and defendant hereby stipulate and agree the within action is withdrawn with prejudice and without costs to either parties.

PLAINTIFF,
STANLEY MEDERIOS

By _[signature]_ Stanley Medeiros
STANLEY MEDERIOS
120 WEST MAIN STREET
Apt. [illegible]
Norton, MA 02766
508 285 6290

Dated: October 29, 2009

DEFENDANT, DISCOVER FINANCIAL
SERVICES, INC.

By _[signature]_
JEANINE M. DUMONT BBO # 639584
KAREN WISNIOWSKI BBO# 633018
Its Attorneys
510 Tolland Street
East Hartford, CT 06108
(860) 528 9991

Dated: October 29, 2009

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**